IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL HANSLER                                                    PLAINTIFF

v.                            No. 6:16-CV-06088

WENDY KELLEY, Director, Arkansas
Department of Correction (ADC), et al.                              DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 23) from Chief United States Magistrate Judge Barry A. Bryant. Plaintiff has filed objections. The Magistrate recommends that the Defendants' motion (Doc. 12) to dismiss be granted in part and denied in part. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. 12) is GRANTED IN PART and DENIED IN PART, as set forth in the report and recommendation.

IT IS SO ORDERED this 21st day of August, 2017.

                                                           /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           CHIEF U.S. DISTRICT JUDGE