IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL HANSLER                                                                                      PLAINTIFF

v.                                    Civil No.: 6:16-CV-06088

WENDY KELLEY (Director, ADC),                                                                      DEFENDANTS
DEXTER PAYNE (Deputy Director ADC),
MS. FAUST (Ouachita River Unit (ORU)
Warden), TERRIE DYER (ORU Mailroom
Officer), CHAPLAIN N. GILLION[1] (ORU
Chaplain), G. MUSSLEWHITE (ORU
Deputy Warden), KING (ORU Captain),
BENNETT (ORU Corporal), CRYSTAL R.
LITTLETON (Grievance Office), DEPUTY
WARDEN ANTHONY JACKSON,
MAILROOM SUPERVISOR SUE ALFORD

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 13th day of November 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] The correct spelling of Defendant Gillion's name is Gillom. (ECF No. 58-11).

1